1

2

3

4

5

6

7

8
**UNITED STATES DISTRICT COURT**

9
**EASTERN DISTRICT OF CALIFORNIA**

10

11
CHRISTOPHER BRADLEY,

12
          Petitioner,

13
    v.

14
H. A. RIOS, JR.,

15
          Respondent.

16

| | |
|---|---|
| ) | Case No.: 1:12-cv-00580-LJO-JLT |
| ) | |
| ) | ORDER TO SHOW CAUSE WHY THE STAY |
| ) | SHOULD NOT BE LIFTED FOR RESPONDENT'S |
| ) | FAILURE TO SUBMIT STATUS REPORTS |
| ) | |
| ) | ORDER FOR RESPONDENT TO FILE RESPONSE |
| ) | WITHIN 14 DAYS |
| ) | |

17
      Petitioner is a federal prisoner proceeding in propria persona with a petition for writ of habeas

18
corpus pursuant to 28 U.S.C. § 2241.

19
**<u>PROCEDURAL HISTORY</u>**

20
      The instant petition was filed on April 13, 2012, challenging the Bureau of Prisons' ("BOP")

21
failure to credit Petitioner for the period between August 12, 2004 and July 25, 2007, during which

22
Petitioner was incarcerated in a state facility while federal charges were pending.  (Doc. 1, p. 9).  On

23
April 18, 2012, the Court ordered Respondent to file a response to the petition.  (Doc. 4).  On June 12,

24
2012, Respondent filed the instant motion for stay of proceedings.  (Doc. 12).  In the motion,

25
Respondent contends that a stay should be granted in the interest of judicial economy because the

26
issues raised in the instant petition are presently pending before the United States District Court for the

27
Eastern District of New York and that exhaustion of the issue in that venue may result in Petitioner's

28
claims being adjudicated on their merits or relief being granted to Petitioner, either of which would

1    effectively moot these proceedings.  (Doc. 12, p. 3).   Petitioner did not file a response to the motion

2    for stay of proceedings.

3         Accordingly, the Court granted the motion for stay on November 8, 2012, and, in the same

4    order, required Respondent to file regular status reports every sixty days.  (Doc. 13).  More or less

5    regularly, Respondent complied with the Court's order regarding the filing of status reports.  However,

6    Respondent's last status report was filed on February 6, 2014, almost six months ago.  (Doc. 21).

7                                      **<u>ORDER TO SHOW CAUSE</u>**

8         Accordingly, Respondent is required to SHOW CAUSE, within 14 days of the date of service

9    of this Order, why the stay should not be lifted and the proceedings resume due to Respondent's

10   failure to file regular status reports as required by the order dated November 8, 2012.

11

12   IT IS SO ORDERED.

13   Dated:   **<u>August 1, 2014</u>**          <u>      **/s/ Jennifer L. Thurston**</u>

14                                          UNITED STATES MAGISTRATE JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                          2